# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2019

156240

HOME-OWNERS INSURANCE COMPANY,
          Plaintiff-Appellee,

and

AUTO-OWNERS INSURANCE COMPANY,
          Plaintiff,

v

RICHARD JANKOWSKI and JANET
JANKOWSKI,
          Defendants-Appellants.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 156240
COA: 331934
Ingham CC: 15-000025-CK

_____/

On November, 19, 2018, the Court heard oral argument on the application for leave to appeal the May 11, 2017 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate in the disposition of this matter because the Court considered it before she assumed office.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2019

a0712

Clerk